THE HONORABLE BARBARA J. ROTHSTEIN
THE HONORABLE THERESA L. FRICKE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WOBIAO LEI,<br><br>        Petitioner,<br><br>    v.<br><br>HOWARD C. BARRON, Warden, Federal Detention Center SeaTac; and COLETTE S. PETERS, Director, Bureau of Prisons,<br><br>        Respondents. | No. C23-1505-BJR-TLF<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND NOTING DATE |

THE COURT has considered the parties' Stipulated Motion to Extend Noting Date for Respondents' Response and Suggestion of Mootness from April 5 to April 12, 2024, along with the records in this case.

The motion is GRANTED. Respondents' Response is due by April 8, 2024, with the Reply due by April 12, 2024. The Clerk will note the motion for April 12, 2024.

DATED this 27th day of March 2024.

*Theresa L. Fricke*
THERESA L. FRICKE
UNITED STATES MAGISTRATE JUDGE