UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WOBIAO LEI,

            Petitioner,

v.

HOWARD C BARRON, et al,

           Respondents.

Case No. 2:23-cv-01505-BJR-TLF

ORDER

The Court having reviewed the Report and Recommendation of the Hon. Theresa L. Fricke, United States Magistrate Judge, the remaining record, and there being no objections filed, hereby finds and orders:

    (1) The Court adopts the Report and Recommendation; and

    (2) Plaintiff's habeas corpus petition is dismissed without prejudice as moot.

Dated this 30th day of April, 2024.

Barbara J. Rothstein
United States District Judge

ORDER - 1